IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

RICHARD H.H. TROXELL
Ohio Atty. Reg. No. 0066395
RESPONDENT

Case No. : 1:11-MC-041
Chief Judge Susan J. Dlott

## ORDER

**IT IS ORDERED** by this Court, sua sponte, that Respondent is found in contempt for failure to comply with this Court's order of October 7, 2011, to wit: failure to surrender Certificate of Admission and file affidavit of compliance on or before November 10, 2011.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall cause a copy of this Order to be published to this Court's official website. The Court notes that mail previously sent was returned and no current address is available for Respondent.

**IT IS SO ORDERED.**

Susan J. Dlott, Chief Judge
United States District Court
Southern District of Ohio